*In re* LJN, Nos. 152306 and 152307; Court of Appeals Nos. 324256 and 324283.

*Leave to Appeal Denied Following Oral Argument October 16, 2015:*

BERNSTEIN v SEYBURN, KAHN, GINN, BESS, & SERLIN, PC, No. 149032; Court of Appeals No. 313894. On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we vacate our order of December 12, 2014. The application for leave to appeal the February 20, 2014 judgment of the Court of Appeals is denied, because we are no longer persuaded that the questions presented should be reviewed by this Court.